# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| ELOISE CARTER | * | CIVIL ACTION NO. 08-0727 |
| VERSUS | * | CHIEF JUDGE JAMES |
| E-Z MART STORES, INC., ET AL | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT OF REMAND

In accordance with the memorandum ruling of the same date,

IT IS ORDERED that the above-captioned cause be, and it is hereby remanded to the Third Judicial District Court, Parish of Lincoln, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the Third Judicial District Court, Parish of Lincoln, State of Louisiana.

This judgment shall be **STAYED** for fifteen (15) days. If an appeal is taken to the District Judge, the judgment shall remain stayed until the appeal is decided. If, after fifteen (15) days, no appeal has been filed, the Clerk shall remand this action forthwith.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 23rd day of June, 2009.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE